Michael Kind, Esq. (SBN: 13903)
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT VAN HORN,<br><br>   Plaintiff,<br><br>v.<br><br>SILVER STATE SCHOOLS CREDIT UNION, RICHLAND HOLDINGS, INC. and EQUIFAX INFORMATION SERVICES, LLC,<br><br>   Defendants. | Case No: 2:15-cv-02365-MMD-PAL<br><br>**JOINT MOTION TO DISMISS DEFENDANT RICHLAND HOLDINGS, INC.** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Scott Van Horn ("Plaintiff") and Defendant Richland Holdings, Inc. ("Defendant") stipulate to dismiss without prejudice Plaintiff's claims against Defendant only, in this matter.  Each party will bear its own costs, disbursements, and attorney fees.

DATED this 29th day of July 2016.

**Kazerouni Law Group, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**Bowen Law Offices**

By: /s/     Sarah M Banda
Jerome R. Bowen, Esq.
Sarah M Banda, Esq.
9660 W. Cheyenne Ave, Suite 250
Las Vegas, NV 89129
*Attorneys for Defendant Richland Holdings, Inc.*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:  August 1, 2016
_____